[No. 23822-5-II.   Division Two.   February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DON DUANE LAND, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-01190-8, Christine A. Pomeroy, J., entered October 1, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24149-8-II.   Division Two.   February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS GENE SELVIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00735-9, Richard L. Brosey, J., entered December 15, 1998. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 25233-3-II.   Division Two.   February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CLYDE TEDDER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00613-2, Randolph Furman, J., entered October 19, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 25177-9-II.   Division Two.   February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00093-5, James B. Sawyer II, J., entered August 19, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.